# EXHIBIT D

| Claim 1 | Ultimate Eshop MBRPTL015 OLED Display ("UE-MBRPTL015") |
|---|---|
| 1[pre] A pixel arrangement structure of an organic light emitting diode (OLED) display, the pixel arrangement structure comprising a plurality of pixels comprising: | The UE-MBRPTL015 includes an organic light-emitting diode ("OLED") display. |

| Claim 1 | Ultimate Eshop MBRPTL015 OLED Display ("UE-MBRPTL015") |
|---|---|
| 1[pre] A pixel arrangement structure of an organic light emitting diode (OLED) display, the pixel arrangement structure comprising a plurality of pixels comprising:<br><br>(*cont'd*) | The UE-MBRPTL015 contains a pixel arrangement structure of an OLED display, the pixel arrangement structure comprising a plurality of pixels, as shown in the annotated image below.<br><br> |

| Claim 1 | Ultimate Eshop MBRPTL015 OLED Display ("UE-MBRPTL015") |
|---|---|
| 1[a] a plurality of first pixels; | The UE-MBRPTL015 includes a pixel arrangement structure comprising a plurality of first pixels, as shown in the annotated image below.<br><br> |

| Claim 1 | Ultimate Eshop MBRPTL015 OLED Display ("UE-MBRPTL015") |
|---|---|
| 1[b] a plurality of second pixels; and | The UE-MBRPTL015 includes a pixel arrangement structure comprising a plurality of second pixels, as shown in the annotated image below. |

| Claim 1 | Ultimate Eshop MBRPTL015 OLED Display ("UE-MBRPTL015") |
|---|---|
| 1[c] a plurality of third pixels; | The UE-MBRPTL015 includes a pixel arrangement structure comprising a plurality of third pixels, as shown in the annotated image below.<br><br> |

| Claim 1 | Ultimate Eshop MBRPTL015 OLED Display ("UE-MBRPTL015") |
|---|---|
| 1[d] wherein the OLED display comprises a pixel defining layer defining areas of the first pixels, the second pixels, and the third pixels; | The UE-MBRPTL015 includes a pixel defining layer defining areas of the first pixels, the second pixels, and the third pixels. A pixel defining layer is formed to define the area of each pixel, as evidenced, for example, by the black boundaries surrounding each pixel in the annotated image below.<br><br> |

| Claim 1 | Ultimate Eshop MBRPTL015 OLED Display ("UE-MBRPTL015") |
|---|---|
| 1[e] wherein the first pixels, the second pixels, and the third pixels are configured to emit different color lights; | On information and belief, in the UE-MBRPTL015, the first pixels, the second pixels, and the third pixels are configured to emit different color lights. The first pixels, the second pixels, and the third pixels shown in the annotated image below are configured to emit different color lights.<br><br>*See also, e.g.*, https://wx4.sinaimg.cn/large/006fnRbbgy1gjq5m7x6afj30zq0k3tc4.jpg (available at https://m.weibo.cn/detail/4560346666510480) (showing "TCL Huaxing Pearl Arrangement" with pixels configured to emit different color lights). |

| Claim 1 | Ultimate Eshop MBRPTL015 OLED Display ("UE-MBRPTL015") |
|---|---|
| 1[f] wherein the first pixels are arranged in first sets extending along a first direction to form respective first lines; | In the UE-MBRPTL015, the first pixels are arranged in first sets extending along a first direction to form respective first lines. As shown in the annotated image below, the first pixels (green circles) are arranged in first sets extending along a first direction to form respective first lines (purple lines). |

| Claim 1 | Ultimate Eshop MBRPTL015 OLED Display ("UE-MBRPTL015") |
|---|---|
| 1[g] wherein the second pixels and the third pixels are alternately arranged in second sets extending along the first direction to form respective second lines parallel to the first lines; | In the UE-MBRPTL015, the second pixels and the third pixels are alternately arranged in second sets extending along the first direction to form respective second lines parallel to the first lines. As shown in the annotated image below, the second pixels (blue circles) and the third pixels (red circles) are alternately arranged in second sets extending along the first direction to form respective second lines (orange lines) parallel to the first lines (purple lines).<br><br> |

| Claim 1 | Ultimate Eshop MBRPTL015 OLED Display ("UE-MBRPTL015") |
|---|---|
| 1[h] wherein one of the second lines passes through centers of the second pixels and the third pixels in a corresponding one of the second sets and passes between the first pixels in corresponding adjacent ones of the first sets; | In the UE-MBRPTL015, one of the second lines passes through centers of the second pixels and the third pixels in a corresponding one of the second sets and passes between the first pixels in corresponding adjacent ones of the first sets. As shown in the annotated image below, one of the second lines (orange line) passes through centers of the second pixels and the third pixels in a corresponding one of the second sets (blue circle and red circle) and passes between the first pixels in corresponding adjacent ones of the first sets (green circles).<br><br> |

| Claim 1 | Ultimate Eshop MBRPTL015 OLED Display ("UE-MBRPTL015") |
|---|---|
| 1[i] wherein the first lines and the second lines are alternately arranged; | In the UE-MBRPTL015, the first lines and the second lines are alternately arranged. As shown in the annotated image below, the first lines (purple lines) and the second lines (orange lines) are alternately arranged. |

| Claim 1 | Ultimate Eshop MBRPTL015 OLED Display ("UE-MBRPTL015") |
|---|---|
| 1[j] wherein the first pixels are also arranged in third sets extending along a second direction that is perpendicular to the first direction to form respective third lines; | In UE-MBRPTL015, the first pixels are also arranged in third sets extending along a second direction that is perpendicular to the first direction to form respective third lines. As shown in the annotated image below, the first pixels (green circles) are also arranged in third sets extending along a second direction that is perpendicular to the first direction to form respective third lines (pink lines).<br><br> |

| Claim 1 | Ultimate Eshop MBRPTL015 OLED Display ("UE-MBRPTL015") |
|---|---|
| 1[k] wherein the second pixels and the third pixels are also alternately arranged in fourth sets extending along the second direction to form respective fourth lines that are parallel to the third lines; | In the UE-MBRPTL015, the second pixels and the third pixels are also alternately arranged in fourth sets extending along the second direction to form respective fourth lines that are parallel to the third lines. As shown in the annotated image below, the second pixels (blue circles) and the third pixels (red circles) are also alternately arranged in fourth sets extending along the second direction to form respective fourth lines (yellow lines) that are parallel to the third lines (pink lines).<br /><br /> |

| Claim 1 | Ultimate Eshop MBRPTL015 OLED Display ("UE-MBRPTL015") |
|---|---|
| 1[l] wherein the third lines and the fourth lines are alternately arranged; | In the UE-MBRPTL015, the third lines and the fourth lines are alternately arranged. As shown in the annotated image below, the third lines (pink lines) and the fourth lines (yellow lines) are alternately arranged. |

| Claim 1 | Ultimate Eshop MBRPTL015 OLED Display ("UE-MBRPTL015") |
|---|---|
| 1[m] wherein the first pixels and either the second pixels or the third pixels are alternately arranged along a third direction, which crosses the first direction and the second direction; | In the UE-MBRPTL015, the first pixels and either the second pixels or the third pixels are alternately arranged along a third direction, which crosses the first direction and the second direction. As shown in the annotated image below, the first pixels (green circles) and either the second pixels (blue circles) or the third pixels (red circles) are alternately arranged along a third direction, which crosses the first direction and the second direction.<br><br> |

| Claim 1 | Ultimate Eshop MBRPTL015 OLED Display ("UE-MBRPTL015") |
|---|---|
| 1[n] wherein a region having a width in the second direction that is equal to a width of the first pixels in the second direction, extending parallel to the first direction, and completely overlapping a row of the first pixels extending in the first direction, is entirely offset in the second direction from at least one of the second pixels or the third pixels in at least one of rows of the second pixels and the third pixels adjacent to the row of the first pixels; and | In the UE-MBRPTL015, a region having a width in the second direction that is equal to a width of the first pixels in the second direction, extending parallel to the first direction, and completely overlapping a row of the first pixels extending in the first direction, is entirely offset in the second direction from at least one of the second pixels or the third pixels in at least one of rows of the second pixels and the third pixels adjacent to the row of the first pixels. As shown in the annotated image below, a region (orange region) having a width in the second direction that is equal to a width of the first pixels in the second direction, extending parallel to the first direction, and completely overlapping a row of the first pixels extending in the first direction, is entirely offset in the second direction from at least one of the second pixels (blue circles) or the third pixels (red circles) in at least one of rows of the second pixels and the third pixels adjacent to the row of the first pixels.<br><br> |

| Claim 1 | Ultimate Eshop MBRPTL015 OLED Display ("UE-MBRPTL015") |
|---|---|
| 1[o] wherein a shortest distance between two nearest ones of the first pixels in one of the first sets is greater than a shortest distance between one of the second pixels and one of the third pixels that are nearest each other in one of the second sets. | In the UE-MBRPTL015, a shortest distance between two nearest ones of the first pixels in one of the first sets is greater than a shortest distance between one of the second pixels and one of the third pixels that are nearest each other in one of the second sets. As shown in the annotated image below, a shortest distance (light green) between two nearest ones of the first pixels in one of the first sets (green circles) is greater than a shortest distance (dark blue) between one of the second pixels and one of the third pixels that are nearest each other in one of the second sets (blue circle and red circle).<br><br> |