# EXHIBIT E

| Claim 1 | eTech Parts Plus 822-9401 OLED Display ("ETP-822-9401") |
|---|---|
| 1[pre] A pixel arrangement structure of an organic light emitting diode (OLED) display, the pixel arrangement structure comprising a plurality of pixels comprising: | The ETP-822-9401 includes an organic light-emitting diode ("OLED") display.<br><br>  |

| Claim 1 | eTech Parts Plus 822-9401 OLED Display ("ETP-822-9401") |
|---|---|
| 1[pre] A pixel arrangement structure of an organic light emitting diode (OLED) display, the pixel arrangement structure comprising a plurality of pixels comprising:<br><br>(*cont'd*) | The ETP-822-9401 contains a pixel arrangement structure of an OLED display, the pixel arrangement structure comprising a plurality of pixels, as shown in the annotated image below.<br><br> |

| Claim 1 | eTech Parts Plus 822-9401 OLED Display ("ETP-822-9401") |
|---|---|
| 1[a] a plurality of first pixels; | The ETP-822-9401 includes a pixel arrangement structure comprising a plurality of first pixels, as shown in the annotated image below.<br><br> |

| Claim 1 | eTech Parts Plus 822-9401 OLED Display ("ETP-822-9401") |
|---|---|
| 1[b] a plurality of second pixels; and | The ETP-822-9401 includes a pixel arrangement structure comprising a plurality of second pixels, as shown in the annotated image below.<br><br> |

| Claim 1 | eTech Parts Plus 822-9401 OLED Display ("ETP-822-9401") |
|---|---|
| 1[c] a plurality of third pixels; | The ETP-822-9401 includes a pixel arrangement structure comprising a plurality of third pixels, as shown in the annotated image below.<br><br> |

| Claim 1 | eTech Parts Plus 822-9401 OLED Display ("ETP-822-9401") |
|---|---|
| 1[d] wherein the OLED display comprises a pixel defining layer defining areas of the first pixels, the second pixels, and the third pixels; | The ETP-822-9401 includes a pixel defining layer defining areas of the first pixels, the second pixels, and the third pixels. A pixel defining layer is formed to define the area of each pixel, as evidenced, for example, by the black boundaries surrounding each pixel in the annotated image below.<br><br>[Annotated image showing "Pixel Defining Layer" (red arrows) and "Pixel Areas Defined by Pixel Defining Layer" (yellow arrows) pointing to features of an OLED display micrograph.] |

| Claim 1 | eTech Parts Plus 822-9401 OLED Display ("ETP-822-9401") |
|---|---|
| 1[e] wherein the first pixels, the second pixels, and the third pixels are configured to emit different color lights; | In the ETP-822-9401, the first pixels, the second pixels, and the third pixels are configured to emit different color lights. As shown in the annotated image below, the first pixels, the second pixels, and the third pixels are configured to emit different color lights.<br><br>*[Annotated image showing Second Pixels (blue diamonds), Third Pixels (red/orange diamonds), and First Pixels (green ovals) in an OLED display pattern]* |

| Claim 1 | eTech Parts Plus 822-9401 OLED Display ("ETP-822-9401") |
|---|---|
| 1[f] wherein the first pixels are arranged in first sets extending along a first direction to form respective first lines; | In the ETP-822-9401, the first pixels are arranged in first sets extending along a first direction to form respective first lines. As shown in the annotated image below, the first pixels (green circles) are arranged in first sets extending along a first direction to form respective first lines (purple lines). |

| Claim 1 | eTech Parts Plus 822-9401 OLED Display ("ETP-822-9401") |
|---|---|
| 1[g] wherein the second pixels and the third pixels are alternately arranged in second sets extending along the first direction to form respective second lines parallel to the first lines; | In the ETP-822-9401, the second pixels and the third pixels are alternately arranged in second sets extending along the first direction to form respective second lines parallel to the first lines. As shown in the annotated image below, the second pixels (blue circles) and the third pixels (red circles) are alternately arranged in second sets extending along the first direction to form respective second lines (orange lines) parallel to the first lines (purple lines).<br><br> |

| Claim 1 | eTech Parts Plus 822-9401 OLED Display ("ETP-822-9401") |
|---|---|
| 1[h] wherein one of the second lines passes through centers of the second pixels and the third pixels in a corresponding one of the second sets and passes between the first pixels in corresponding adjacent ones of the first sets; | In the ETP-822-9401, one of the second lines passes through centers of the second pixels and the third pixels in a corresponding one of the second sets and passes between the first pixels in corresponding adjacent ones of the first sets. As shown in the annotated image below, one of the second lines (orange line) passes through centers of the second pixels and the third pixels in a corresponding one of the second sets (blue circle and red circle) and passes between the first pixels in corresponding adjacent ones of the first sets (green circles).<br><br> |

| Claim 1 | eTech Parts Plus 822-9401 OLED Display ("ETP-822-9401") |
|---|---|
| 1[i] wherein the first lines and the second lines are alternately arranged; | In the ETP-822-9401, the first lines and the second lines are alternately arranged. As shown in the annotated image below, the first lines (purple lines) and the second lines (orange lines) are alternately arranged. |

| Claim 1 | eTech Parts Plus 822-9401 OLED Display ("ETP-822-9401") |
|---|---|
| 1[j] wherein the first pixels are also arranged in third sets extending along a second direction that is perpendicular to the first direction to form respective third lines; | In ETP-822-9401, the first pixels are also arranged in third sets extending along a second direction that is perpendicular to the first direction to form respective third lines. As shown in the annotated image below, the first pixels (green circles) are also arranged in third sets extending along a second direction that is perpendicular to the first direction to form respective third lines (pink lines).  |

| Claim 1 | eTech Parts Plus 822-9401 OLED Display ("ETP-822-9401") |
|---|---|
| 1[k] wherein the second pixels and the third pixels are also alternately arranged in fourth sets extending along the second direction to form respective fourth lines that are parallel to the third lines; | In the ETP-822-9401, the second pixels and the third pixels are also alternately arranged in fourth sets extending along the second direction to form respective fourth lines that are parallel to the third lines. As shown in the annotated image below, the second pixels (blue circles) and the third pixels (red circles) are also alternately arranged in fourth sets extending along the second direction to form respective fourth lines (brown lines) that are parallel to the third lines (pink lines).<br><br> |

| Claim 1 | eTech Parts Plus 822-9401 OLED Display ("ETP-822-9401") |
|---|---|
| 1[l] wherein the third lines and the fourth lines are alternately arranged; | In the ETP-822-9401, the third lines and the fourth lines are alternately arranged. As shown in the annotated image below, the third lines (pink lines) and the fourth lines (brown lines) are alternately arranged. |

| Claim 1 | eTech Parts Plus 822-9401 OLED Display ("ETP-822-9401") |
|---|---|
| 1[m] wherein the first pixels and either the second pixels or the third pixels are alternately arranged along a third direction, which crosses the first direction and the second direction; | In the ETP-822-9401, the first pixels and either the second pixels or the third pixels are alternately arranged along a third direction, which crosses the first direction and the second direction. As shown in the annotated image below, the first pixels (green circles) and either the second pixels (blue circles) or the third pixels (red circles) are alternately arranged along a third direction, which crosses the first direction and the second direction.<br><br> |

| Claim 1 | eTech Parts Plus 822-9401 OLED Display ("ETP-822-9401") |
|---|---|
| 1[n] wherein a region having a width in the second direction that is equal to a width of the first pixels in the second direction, extending parallel to the first direction, and completely overlapping a row of the first pixels extending in the first direction, is entirely offset in the second direction from at least one of the second pixels or the third pixels in at least one of rows of the second pixels and the third pixels adjacent to the row of the first pixels; and | In the ETP-822-9401, a region having a width in the second direction that is equal to a width of the first pixels in the second direction, extending parallel to the first direction, and completely overlapping a row of the first pixels extending in the first direction, is entirely offset in the second direction from at least one of the second pixels or the third pixels in at least one of rows of the second pixels and the third pixels adjacent to the row of the first pixels. As shown in the annotated image below, a region (orange region) having a width in the second direction that is equal to a width of the first pixels in the second direction, extending parallel to the first direction, and completely overlapping a row of the first pixels extending in the first direction, is entirely offset in the second direction from at least one of the second pixels (blue circles) or the third pixels (red circles) in at least one of rows of the second pixels and the third pixels adjacent to the row of the first pixels.<br><br> |

| Claim 1 | eTech Parts Plus 822-9401 OLED Display ("ETP-822-9401") |
|---|---|
| 1[o] wherein a shortest distance between two nearest ones of the first pixels in one of the first sets is greater than a shortest distance between one of the second pixels and one of the third pixels that are nearest each other in one of he second sets. | In the ETP-822-9401, a shortest distance between two nearest ones of the first pixels in one of the first sets is greater than a shortest distance between one of the second pixels and one of the third pixels that are nearest each other in one of the second sets. As shown in the annotated image below, a shortest distance (light green) between two nearest ones of the first pixels in one of the first sets (green circles) is greater than a shortest distance (dark blue) between one of the second pixels and one of the third pixels that are nearest each other in one of the second sets (blue circle and red circle).<br><br> |