# EXHIBIT G

| Claim 15 | eTech Parts Plus 822-9401 OLED Display ("ETP-822-9401") |
|---|---|
| 15[pre] A pixel circuit in an organic light emitting device, comprising: | The ETP-822-9401 includes an organic light-emitting diode ("OLED") display. |

| Claim 15 | eTech Parts Plus 822-9401 OLED Display ("ETP-822-9401") |
|---|---|
| 15[pre] A pixel circuit in an organic light emitting device, comprising:<br><br>(*cont'd*) | The ETP-822-9401 comprises a pixel circuit in an organic light-emitting device. The annotated backside image (*below left*) shows a pixel circuit of the eTech Parts 822-9401, including transistors (**T1**–**T7**) and a capacitor (**Cst**). An exemplary circuit diagram of the pixel circuit of the eTech Parts 822-9401 is also shown (*below right*). |

| Claim 15 | eTech Parts Plus 822-9401 OLED Display ("ETP-822-9401") |
|---|---|
| 15[a] a first transistor including a gate to which a current scan signal is applied, and a source to which a data signal voltage is applied; | The pixel circuit of the ETP-822-9401 has a first transistor including a gate to which a current scan signal is applied, and a source to which a data signal voltage is applied. As shown in the annotated backside image below, a source of the first transistor **T2** is coupled to a data line **DATA[m]** for delivering a data signal voltage. The gate of first transistor **T2** is coupled to a scan line **SCAN[n]** that provides a current scan line signal. In response to an active (low) current scan line signal delivered on scan line **SCAN[n]**, first transistor **T2** delivers a data signal voltage from data line **DATA[m]**.<br><br> |

| Claim 15 | eTech Parts Plus 822-9401 OLED Display ("ETP-822-9401") |
|---|---|
| 15[a] a first transistor including a gate to which a current scan signal is applied, and a source to which a data signal voltage is applied;<br><br>*(cont'd)* | For example, as shown in the exemplary annotated images below, in response to an active (low) current scan line signal (blue line) delivered on scan line **SCAN[n]**, first transistor **T2** delivers the data signal voltage (red line) present on data line **DATA[m]**. The annotated images below depict an exemplary voltage path from data line **DATA[m]** through transistors **T2-T1-T3** to the gate of transistor **T1**.<br><br>**Delivery of Data Signal Voltage (backside image)**  **Delivery of Data Signal Voltage (front-side image)**<br> <br>Contact Hole (to T1 Gate Electrode) |

| Claim 15 | eTech Parts Plus 822-9401 OLED Display ("ETP-822-9401") |
|---|---|
| 15[b] a second transistor whose source is coupled to a drain of the first transistor; | The pixel circuit of the ETP-822-9401 has a second transistor whose source is coupled to a drain of the first transistor. As shown in the annotated backside image below, the source of the second transistor **T1** is coupled to the drain of first transistor **T2**. |

| Claim 15 | eTech Parts Plus 822-9401 OLED Display ("ETP-822-9401") |
|---|---|
| 15[c] a third transistor whose drain and source are connected between a gate and a drain of the second transistor; | The pixel circuit of the ETP-822-9401 has a third transistor whose drain and source are connected between a gate and a drain of the second transistor. As shown in the annotated backside image below, a third transistor **T3** has drain and source electrodes connected between gate and drain electrodes of the second transistor **T1**, respectively.   |

| Claim 15 | eTech Parts Plus 822-9401 OLED Display ("ETP-822-9401") |
|---|---|
| 15[d] a fourth transistor including a gate to which a current light-emitting signal is applied, a source to which a power supply voltage is applied, and a drain coupled to the source of the second transistor; | The pixel circuit of the ETP-822-9401 has a fourth transistor including a gate to which a current light-emitting signal is applied, a source to which a power supply voltage is applied, and a drain coupled to the source of the second transistor. In the annotated backside image below, a fourth transistor **T5** has a source coupled to **ELVDD** and a drain coupled to the source of transistor **T1**. In response to an active (low) current light-emitting signal delivered on emission line **EM[n]**, fourth transistor **T5** delivers a power supply voltage from **ELVDD** to second transistor **T1**.<br><br>  |

| Claim 15 | eTech Parts Plus 822-9401 OLED Display ("ETP-822-9401") |
|---|---|
| 15[e] a fifth transistor including a gate to which the current light-emitting signal is applied, a source coupled to the drain of the second transistor, and a drain coupled to one terminal of an electroluminescent element; | The pixel circuit of the ETP-822-9401 has a fifth transistor including a gate to which the current light-emitting signal is applied, a source coupled to the drain of the second transistor, and a drain coupled to one terminal of an electroluminescent element. In the annotated backside image below, a fifth transistor **T6** has a source coupled to a drain of second transistor **T1**, and a drain is coupled to one terminal of an electroluminescent element (**OLED**) through a contact hole. As further shown in the annotated image below, in response to an active (low) current light-emitting signal delivered on emission line **EM[n]**, fifth transistor **T6** turns on and delivers driving current that flows through second transistor **T1** to the **OLED**.<br><br> |

| Claim 15 | eTech Parts Plus 822-9401 OLED Display ("ETP-822-9401") |
|---|---|
| 15[f] the electroluminescent element having the one terminal coupled to the drain of the fifth transistor and the other terminal grounded; and | The pixel circuit of the ETP-822-9401 has an electroluminescent element with one terminal coupled to the drain of the fifth transistor and the other terminal grounded.<br><br>As shown in the annotated backside image below, the pixel circuit has an electroluminescent element (**OLED**) with a first terminal, the anode, coupled to the drain of the fifth transistor **T6**. The other terminal of the **OLED** is grounded to facilitate the flow of current from fifth transistor **T6** through the anode of the **OLED** to the cathode in the light-emission phase.<br><br>  |

| Claim 15 | eTech Parts Plus 822-9401 OLED Display ("ETP-822-9401") |
|---|---|
| 15[g] a capacitor in which one terminal of the capacitor is coupled to the gate of the second transistor and a power supply voltage is applied to the other terminal of the capacitor. | The pixel circuit of the ETP-822-9401 has a capacitor in which one terminal of the capacitor is coupled to the gate of the second transistor and a power supply voltage is applied to the other terminal of the capacitor.<br><br>As shown in the annotated backside image below, blue dashes outline the lower plate of the capacitor **Cst**, which is coupled to the gate of the second transistor **T1**.<br><br> |

| Claim 15 | eTech Parts Plus 822-9401 OLED Display ("ETP-822-9401") |
|---|---|
| 15[g] a capacitor in which one terminal of the capacitor is coupled to the gate of the second transistor and a power supply voltage is applied to the other terminal of the capacitor.<br><br>(*cont'd*) | As shown in the annotated front-side image below, red dashes outline the upper plate of the capacitor **Cst** that is coupled to the power supply voltage **ELVDD**.<br><br>Contact Holes (to ELVDD)<br><br>Power Supply Voltage (ELVDD) |