# EXHIBIT H

| Claim 1 | Ultimate Eshop MBRPTL015 OLED Display ("UE-MBRPTL015") |
|---|---|
| 1[pre] A stage circuit having a first input terminal, a second input terminal, a third input terminal, and an output terminal, the stage circuit comprising: | The UE-MBRPTL015 includes an organic light-emitting diode ("OLED") display. |

| Claim 1 | Ultimate Eshop MBRPTL015 OLED Display ("UE-MBRPTL015") |
|---|---|
| [1pre] A stage circuit having a first input terminal, a second input terminal, a third input terminal, and an output terminal, the stage circuit comprising:<br><br>(*cont'd*) | The UE-MBRPTL015 contains a scan driver with a plurality of stage circuits (red dashed lines)., as shown in the annotated image below. |

| Claim 1 | Ultimate Eshop MBRPTL015 OLED Display ("UE-MBRPTL015") |
|---|---|
| 1[pre] A stage circuit having a first input terminal, a second input terminal, a third input terminal, and an output terminal, the stage circuit comprising:<br><br>(*cont'd*) | As shown in the annotated image below, a stage circuit of the UE-MBRPTL015 has a first input terminal (e.g., **IN1**), a second input terminal (e.g., **IN2**), a third input terminal (e.g., **IN3**), and an output terminal (e.g., **OUT1**).<br><br><br><br>The figure below is a representative circuit diagram of the stage circuit of the UE-MBRPTL015:<br><br> |

| Claim 1 | Ultimate Eshop MBRPTL015 OLED Display ("UE-MBRPTL015") |
|---|---|
| 1[a] an outputting unit having a first node and a second node, the outputting unit to supply a voltage of a first power supply to the output terminal according to a voltage applied to the first node and a signal of the third input terminal to the output terminal according to a voltage applied to the second node; | The UE-MBRPTL015 contains a stage circuit that has an outputting unit having a first node and a second node, the outputting unit to supply a voltage of a first power supply to the output terminal according to a voltage applied to the first node and a signal of the third input terminal to the output terminal according to a voltage applied to the second node. As shown in the annotated image below, the outputting unit comprises at least transistors **T4** and **T5** and capacitors **C1** and **C2**. The outputting unit has a first node between the gates of transistors **T3** and **T4** and a second node between the gate of transistor **T5** and the output of the first driver (*see* claim element 1[b], below)).  For example, as shown in the annotated image above, transistors **T4** and **T5** supply a voltage to **OUT1** depending upon the voltage between the gates of transistors **T3** and **T4** and the voltage between the gate of transistor **T5** and the output of the first driver (see claim element 1[b], below). **VGH** is coupled to an electrode of transistor **T4**, such that when a voltage is applied to the node between the gates of transistors **T3** and **T4**, transistor **T4** is turned on and **VGH** is supplied to **OUT1**. **OUT1** is coupled to an electrode of transistor **T5** such that when a voltage is applied to a node between the gate of transistor **T5** and the output of the first driver, transistor **T5** is turned on and **IN3** is supplied to **OUT1**. |

| Claim 1 | Ultimate Eshop MBRPTL015 OLED Display ("UE-MBRPTL015") |
|---|---|
| 1[b] a first driver to control the voltage of the second node in accordance with signals of the first input terminal, the second input terminal, and the third input terminal; and | The UE-MBRPTL015 contains a stage circuit that has a first driver to control the voltage of the second node in accordance with signals of the first input terminal, the second input terminal, and the third input terminal. As shown in the annotated image below, the stage circuit contains a first driver comprising at least transistors **T1**, **T2**, and **T3**. The first input terminal (e.g., **IN1**) is coupled to an electrode of transistor **T1**. The second input terminal (e.g., **IN2**) is coupled to the gate electrode of transistor **T1**. The third input terminal (e.g., **IN3**) is coupled to the gate electrode of transistor **T2**. The first driver thereby controls the voltage of the second node (e.g., the voltage between the gate of transistor **T5** and the output of the first driver) in accordance with the signals of the first input terminal (e.g., **IN1**), the second input terminal (e.g., **IN2**), and third input terminal (e.g., **IN3**).<br><br><br><br>For example, as shown in the annotated image above, **IN1** is coupled to transistor **T1**, and the gate electrode of transistor **T1** is coupled to **IN2**. The transistors **T2** and **T3** are coupled in series to the drain of transistor **T1**, and **IN3** is coupled to the gate electrode of transistor **T2**. The signals applied to **IN1**, **IN2**, and **IN3** thus control the voltage between the output of the first driver and the gate of transistor **T5**. |

| Claim 1 | Ultimate Eshop MBRPTL015 OLED Display ("UE-MBRPTL015") |
|---|---|
| 1[c] a second driver to control the voltage of the first node in accordance with the signal of the second input terminal and the voltage of the second node, | The UE-MBRPTL015 contains a stage circuit that has a second driver to control the voltage of the first node in accordance with the signal of the second input terminal and the voltage of the second node. As shown in the annotated image below, the stage circuit contains a second driver comprising at least transistors **T6** and **T7**. The signal of the second input terminal (e.g., **IN2**) is applied to the gate electrode of transistor **T7**, which controls the voltage of the first node (e.g., the voltage between the gates of transistors **T3** and **T4**). The signal of the second input terminal (e.g., **IN2**) is also provided to an electrode of transistor **T6**. The voltage of the second node (e.g., the voltage between the gate electrode of transistor **T5** and the output of the first driver) is applied to the gate electrode of transistor **T6**, which controls the voltage of the first node (e.g., the voltage between the gate electrodes of transistors **T3** and **T4**).<br><br><br><br>For example, as shown in the annotated image above, **IN2** is coupled to the gate of transistor **T7**, which is coupled between **VGL** and the node between the gates of transistors **T3** and **T4**. The signal at **IN2** controls whether **VGL** is applied between the gates of transistors **T3** and **T4**. The transistor **T6** is coupled between the gates of transistors **T3** and **T4** and **IN2**, and the voltage at the output of the first driver is coupled to the gate of transistor **T6**, thereby controlling when transistor **T6** is on. When transistor **T6** is on, it couples the node between the gates of transistors **T3** and **T4** to the signal present on **IN2**. |

| Claim 1 | Ultimate Eshop MBRPTL015 OLED Display ("UE-MBRPTL015") |
|---|---|
| 1[d] wherein the signal of the third input terminal directly controls an on/off operation of a transistor, the transistor included in the first driver. | The UE-MBRPTL015 contains a stage circuit in which the signal of the third input terminal directly controls an on/off operation of a transistor, the transistor included in the first driver. As shown in the annotated image below, the third input terminal (e.g., **IN3**) is coupled to the gate electrode of transistor **T2** and the signal of the third input terminal (e.g., **IN3**) directly controls the on/off operation of transistor **T2**. As described above for claim element 1[b], transistor **T2** is included in the first driver.<br><br> |