IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SAMSUNG DISPLAY CO., LTD., | § § § | |
| Plaintiff, | § § | Case No. 3:25-cv-1430-S |
| v. | § § § | Jury Trial Demanded |
| WUHAN CHINA STAR OPTOELECTRONICS SEMICONDUCTOR DISPLAY TECHNOLOGY CO., LTD., TCL CHINA STAR OPTOELECTRONICS TECHNOLOGY CO., LTD., ULTIMATE ESHOP, LLC d/b/a PARTS4REPAIR, and VICAN, INC. d/b/a ETECH PARTS PLUS, LLC, | § § § § § § § § § § § | |
| Defendants. | § § | |

**ORDER FOCUSING PATENT CLAIMS AND PRIOR ART**

The Court ORDERS as follows:

1. This Order supplements all other discovery rules and orders. It is intended to streamline the issues in this case to promote a "just, speedy, and inexpensive determination" of this action, as provided by Rule 1 of the Federal Rules of Civil Procedure.

*Phased Limits on Asserted Claims and Prior-Art References*

2. By April 3, 2026, the party claiming patent infringement shall serve a preliminary election of asserted claims, which shall assert no more than 10 claims from each patent and no more than a total of 32 claims. Not later than 14 days after service of the preliminary election of asserted claims, the parties opposing a claim of patent infringement shall serve a preliminary

1

election of asserted prior art, which shall assert no more than 12 prior-art references against each patent and no more than a total of 40 references.[1]

3.  No later than 28 days before the service of expert reports by the party with the burden of proof on an issue, the party claiming patent infringement shall serve a final election of asserted claims, which shall identify no more than 5 asserted claims per patent from among the 10 previously identified claims and no more than a total of 16 claims. By the date set for the service of expert reports by the party with the burden of proof on an issue, the parties opposing a claim of patent infringement shall serve a final election of asserted prior art, which shall identify no more than 6 asserted prior-art references per patent from among the 12 prior-art references previously identified for that particular patent and no more than a total of 20 references. For purposes of this final election of asserted prior art, each obviousness combination counts as a separate prior-art reference.

**SO ORDERED.**

SIGNED *March 10*, 2026.

_____
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**

---

[1] For purposes of this Order, a prior-art instrumentality (such as a device or process) and associated references that describe that instrumentality shall count as one reference, as shall the closely related work of a single prior artist.