# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| SAMSUNG DISPLAY CO., LTD. | § | |
| | § | |
| v. | § | |
| | § | |
| WUHAN CHINA STAR | § | |
| OPTOELECTRONICS | § | CIVIL ACTION NO. 3:25-CV-1430-S |
| SEMICONDUCTOR DISPLAY | § | |
| TECHNOLOGY CO., LTD., TCL CHINA | § | |
| STAR OPTOELECTRONICS | § | |
| TECHNOLOGY CO., LTD., and VICAN, | § | |
| INC. d/b/a ETECH PARTS PLUS | § | |

## ORDER

Before the Court is the parties' Joint Stipulation Regarding the Application of Third Amended Miscellaneous Order No. 62 [ECF No. 102]. Because the parties are requesting action by the Court, the Court construes the Joint Stipulation as a joint motion. The Court **GRANTS** the joint motion. It is **ORDERED** that:

1. The provisions added or amended by the Third Amended Miscellaneous Order No. 62 concerning the procedures for filing documents under seal, i.e., newly added Paragraphs 2-2(b), 2-2A, and 2-2B, shall apply to this action;

2. To the extent any provision of the Protective Order [ECF No. 60] entered in this action conflicts with Paragraphs 2-2(b), 2-2A, and 2-2B of the Third Amended Miscellaneous Order No. 62, the Third Amended Miscellaneous Order No. 62 shall govern; and

3. Except as provided herein, the Protective Order remains in full force and effect.

**SO ORDERED.**

SIGNED June 8, 2026.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**